IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
FEB 19 2015

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Citation Number: 2352372 |
| ) | 15po268 |
| v. ) | |
| ) | Court Date: February 23, 2015 |
| RODNEY J. ELLIOTT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The motion of the United States of America to dismiss without prejudice citation number 2352372 pertaining to defendant, RODNEY J. ELLIOTT, is hereby granted.

IT IS ORDERED that citation number 2352372 pertaining to defendant, RODNEY J. ELLIOTT, is hereby dismissed without prejudice.

Dated this 19th
day of February, 2015
Alexandria, Virginia

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

**UNITED STATES MAGISTRATE JUDGE**